IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAMBUS, INC.,

    Plaintiff,

v.

NVIDIA CORPORATION,

    Defendant.

No. C 10-05448 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The case management conference is hereby **CONTINUED** to **MARCH 3, 2011, AT 11:00 A.M.**, based on the parties' representation that Nvidia will file its motion to stay this action by January 20, 2011. All related initial disclosure deadlines are **EXTENDED** accordingly.

**IT IS SO ORDERED.**

Dated: January 13, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE