| | |
|---|---|
| GREGORY P. STONE (SBN 078329)<br>*gregory.stone@mto.com*<br>KATHERINE K. HUANG (SBN 219798)<br>*katherine.huang@mto.com*<br>PETER E. GRATZINGER (SBN 228764)<br>*peter.gratzinger@mto.com*<br>HEATHER E. TAKAHASHI (SBN 245845)<br>*heather.takahashi@mto.com*<br>DAVID H. PENNINGTON (SBN 272238)<br>*david.pennington@mto.com*<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br>PETER A. DETRE (SBN 182619)<br>*peter.detre@mto.com*<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>Attorneys for Plaintiff<br>RAMBUS INC. | I. NEEL CHATTERJEE (SBN 173985)<br>*nchatterjee@orrick.com*<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 614-7400<br>Facsimile: (650) 614-7401<br><br>CATHERINE KROW (SBN 208412)<br>*ckrow@orrick.com*<br>JUSTIN M. LICHTERMAN (SBN 225734)<br>*jlichterman@orrick.com*<br>STEVEN A. HONG (SBN 252866)<br>*shong@orrick.com*<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759<br>Attorneys for Defendant<br>NVIDIA CORPORATION |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **RAMBUS INC.,**<br><br>            **Plaintiff,**<br><br>     v.<br><br>**NVIDIA CORPORATION,**<br><br>            **Defendant.** | Case No. 3:10-CV-05448 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL** |

WHEREAS, Plaintiff Rambus Inc. ("Rambus") and Defendant NVIDIA Corporation ("NVIDIA") have settled this matter on mutually-agreeable terms.

NOW, THEREFORE, on the basis of the settlement reached, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record, that:

1. Rambus hereby dismisses all claims brought against NVIDIA in this action with prejudice;

2. Each party shall bear its own costs and attorneys' fees.

DATED: February 10, 2012		MUNGER, TOLLES & OLSON LLP

		By:  */s/ Peter A. Detre*
		       Peter A/ Detre

		Attorneys for Plaintiff
		RAMBUS Inc.


DATED: February 10, 2012		ORRICK, HERRINGTON & SUTCLIFFE LLP

		By:  */s/ I. Neel Chatterjee*
		       I. Neel Chatterjee

		Attorneys for Defendant
		NVIDIA CORPORATION


Filer's Attestation

I, Peter A. Detre, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL.** In compliance with General Order 45.X.B., I hereby attest that the above-named signatories concur in this filing.

DATED: February 10, 2012
		       */s/ Peter A. Detre*

- 1 -

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL
CASE NO. 3:10-CV-05448-RS

1 | IT IS SO ORDERED.

Dated: __2/10____, 2012

_[signature]_
Honorable Richard Seeborg
United States District Court Judge