GREGORY P. STONE (SBN 078329)
*gregory.stone@mto.com*
KATHERINE K. HUANG (SBN 219798)
*katherine.huang@mto.com*
PETER E. GRATZINGER (SBN 228764)
*peter.gratzinger@mto.com*
HEATHER E. TAKAHASHI (SBN 245845)
*heather.takahashi@mto.com*
DAVID H. PENNINGTON (SBN 272238)
*david.pennington@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

PETER A. DETRE (SBN 182619)
*peter.detre@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Plaintiff
RAMBUS INC.

I. NEEL CHATTERJEE (SBN 173985)
*nchatterjee@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

CATHERINE KROW (SBN 208412)
*ckrow@orrick.com*
JUSTIN M. LICHTERMAN (SBN 225734)
*jlichterman@orrick.com*
STEVEN A. HONG (SBN 252866)
*shong@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendant
NVIDIA CORPORATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **RAMBUS INC.,**<br><br>   Plaintiff,<br><br>  v.<br><br>**NVIDIA CORPORATION,**<br><br>   Defendant. | Case No. 3:10-CV-05448 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL** |

1  WHEREAS, Plaintiff Rambus Inc. ("Rambus") and Defendant NVIDIA Corporation
2  ("NVIDIA") have settled this matter on mutually-agreeable terms.
3  NOW, THEREFORE, on the basis of the settlement reached, pursuant to Federal Rule of
4  Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and
5  between the parties, through their undersigned counsel of record, that:
6  1. Rambus hereby dismisses all claims brought against NVIDIA in this action with
7  prejudice;
8  2. Each party shall bear its own costs and attorneys' fees.

DATED: February 10, 2012           MUNGER, TOLLES & OLSON LLP

By: */s/ Peter A. Detre*
       Peter A/ Detre

Attorneys for Plaintiff
RAMBUS Inc.

DATED: February 10, 2012           ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ I. Neel Chatterjee*
       I. Neel Chatterjee

Attorneys for Defendant
NVIDIA CORPORATION


Filer's Attestation

I, Peter A. Detre, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL.** In compliance with General Order 45.X.B., I hereby attest that the above-named signatories concur in this filing.

DATED:  February 10, 2012
                                        */s/ Peter A. Detre*

- 1 -
STIPULATION AND [P~~ROPOS~~ED] ORDER
OF DISMISSAL
CASE NO. 3:10-CV-05448-RS

1  IT IS SO ORDERED.

3  Dated: __2/10____, 2012

4  *[signature]*
   Honorable Richard Seeborg
   United States District Court Judge

- 2 -

STIPULATION AND [~~PROPOSED~~] ORDER
OF DISMISSAL
CASE NO. 3:10-CV-05448-RS